UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTA RADULOVICH as
GUARDIAN FOR JOHN DIVITO,
    Plaintiff.


vs.                                CASE NO. 8:15-CIV-2542-T-EAK-TGW


PETER A. MASELLI,
    Defendant.

                                      /

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT


This cause is before the Court on the motion for default judgment (Doc. 23) filed by the Plaintiff. There has been no timely response to the motion filed. The Court has reviewed the motion and finds it persuasive and adopts the facts and arguments of the motion herein. Accordingly, it is

**ORDERED** that the motion for default judgment (Doc. 23) be **granted**. The Clerk of Court is directed to entered judgment for the Plaintiff and against the Defendant in the amount $803,059.68, including any accumulated interest, and to close this cause of action.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of April, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record